| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| MICHELLE MARASCO, | § | |
| Plaintiff, | § § § | |
| versus | § § | CIVIL ACTION NO. 1:15-CV-73 |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (#16), recommending that the court remand this matter to the Commissioner for further consideration of new evidence. Further, no objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge. A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 20th day of March, 2017.

*[signature]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE