| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MICHELLE MARASCO,     §
     §
    *Plaintiff,*     §
     §
v.     §     CIVIL ACTION NO. 1:15-CV-73
     §
NANCY A. BERRYHILL,     §
ACTING COMMISSIONER OF SOCIAL     §
SECURITY ADMINISTRATION,     §
     §
    *Defendant.*     §

## ORDER ADOPTING REPORT AND RECCOMENDATION OF UNITED STATES MAGISTRATE JUDGE

    The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 23) recommending the court grant Plaintiff's application for attorney's fees. No objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge.

    **So ORDERED and SIGNED this 21st day of July, 2017.**

                                        */s/ Marcia A. Crone*
                                          MARCIA A. CRONE
                                  UNITED STATES DISTRICT JUDGE